460 A.2d 842

Commonwealth v. Collington, Appellant.

Before HESTER, BECK and VAN der VOORT, JJ.

Judgment of sentence affirmed.

460 A.2d 842

Commonwealth v. Dennis, Appellant.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

The judgment of sentence of one to five years imprisonment for simple assault is vacated. The judgment of sentence of one and one-half to five years imprisonment for involuntary deviate sexual intercourse is affirmed.